UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARBAIZA,<br>Plaintiff,<br>v.<br>HOME DEPOT U.S.A., INC.,<br>Defendant. | Case No. 26-cv-03690-JD<br><br>**ORDER TO SHOW CAUSE** |

ORDER. Neither pro se plaintiff Jessica Arbaiza nor counsel for defendant Home Depot U.S.A., Inc. appeared as directed at the case management conference. The absences were unexcused. Arbaiza is directed to show cause by September 4, 2026, why the case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). Counsel for Home Depot will show cause why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: August 21, 2026

JAMES DONATO
United States District Judge